**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     White Lion Holdings, LLC  v.  The State of Texas

Appellate case number:   01-14-00104-CV

Trial court case number:  D-1-GV-13-001068

Trial court:              98th District Court of Travis County

Date motion filed:        November 16, 2015

Party filing motion:      Appellant, White Lion Holdings, L.L.C.

    It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ ___Harvey Brown_____
             ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Brown and Lloyd


Date:  February 4, 2016